JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH, | Case No. 2:10-cv-06767-JAK-DTB |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| JOVEN ENTERPRISES, INC. dba McDONALD'S #11685 | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Sandi Rush and defendant Joven Enterprises, Inc. dba McDonald's #11685,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: October 14, 2011

_____
United States District Judge